UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John K. Bennett, Esq. (JB-0527)
Patrick J. Hughes, Esq. (PH-0488)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendant, Merck & Co., Inc.

| | |
|---|---|
| MICHAEL T. KOZAK, <br><br> Plaintiff, <br><br> vs. <br><br> MERCK & CO., INC., <br><br> Defendant. | Hon. Ronald L. Buckwalter, U.S.D.J. <br><br> Civil Action No. 04-02161 (RB) <br><br> **STIPULATION OF** <br> **VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** between the plaintiff, Michael T. Kozak, and the defendant, Merk & Co., Inc., through their respective undersigned counsel, that this action is voluntarily dismissed by the plaintiff, with prejudice, and without any costs or attorneys' fees being awarded to one party as against the other.

BRUCE PREISSMAN, ESQ.
Attorney for Plaintiff

By: _____
BRUCE PREISSMAN, ESQ.

Dated: January 11, 2005

CONNELL FOLEY LLP
Attorney for the Defendant

By: _____
JOHN K. BENNETT

Dated: January 6, 2005

1555983-01
2468/65021